UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

---

In re

MF GLOBAL HOLDINGS LTD., *et al.*,

Debtors.

---

TODD THIELMANN, PIERRE-YVAN DESPAROIS, NATALIA SIVOVA, SANDY GLOVER-BOWLES, and ARTON SINA, Individually, and on behalf of All Other Similarly Situated Former Employees,

Plaintiffs-Appellees,

v.

MF GLOBAL HOLDINGS LTD, MF GLOBAL HOLDINGS USA INC., MF GLOBAL FINANCE USA, INC.,

Defendants-Appellants.

---

**Docket No. 14-3509**

## STIPULATION OF DISMISSAL

The undersigned counsel for the parties in this action hereby stipulate that the above-captioned appeal is withdrawn with prejudice and without costs pursuant to Federal Rule of Appellate Procedure 42(b).

ny-1169472

Dated: December 16, 2014
      New York, New York

Brett H. Miller

MORRISON & FOERSTER LLP

250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants-Appellants*


Charles A. Ercole

KLEHR HARRISON HARVEY BRANZBURG LLP

1835 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 569-4282
Fax: (215) 568-6603

*Counsel for Plaintiffs-Appellees*

ny-1169472

Dated: December 6, 2014
        New York, New York

Brett H. Miller

MORRISON & FOERSTER LLP

250 West 55th Street
New York, New York 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendants-Appellants*

Charles A. Ercole

KLEHR HARRISON HARVEY BRANZBURG LLP

1835 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 569-4282
Fax: (215) 568-6603

*Counsel for Plaintiffs-Appellees*

ny-1169472